1 JODI SIEGNER, Bar No. 102884
  siegner@deconsel.com
2 DeCARLO & SHANLEY,
  a Professional Corporation
3 533 S. Fremont Avenue, Ninth Floor
  Los Angeles, California 90071-1706
4 Telephone: (213) 488-4100
  Telecopier: (213) 488-4180

5

  Attorneys for Judgment Creditors, Carpenters Southwest
6 Administrative Corporation, and Floyd Clay

7
                    UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9
                          SOUTHERN DIVISION
10

11
   CARPENTERS SOUTHWEST           )   CASE NO. SACV 06-0025
12 ADMINISTRATIVE CORPORATION,    )        DDP(RNBx)
   a California non-profit corporation; and )
13 FLOYD CLAY, etc.,              )
                                  )
14              Plaintiffs,       )
                                  )
15 v.                             )   RENEWAL OF JUDGMENT
                                  )   BY CLERK
16 EGON E. HOVENIER, also known as )
   EGON EBERHARD HOVENIER, an     )
17 individual, doing business as EGON E. )
   HOVENIER CONSTRUCTION, and    )
18 DOES 1 through 10, inclusive,  )
                                  )
19              Defendant.        )
                                  )
20

21      The judgment debtor, EGON E. HOVENIER, also known as EGON

22 EBERHARD HOVENIER, an individual, doing business as EGON E.

23 HOVENIER CONSTRUCTION, ("DEFENDANT") having judgment entered

24 against him on May 10, 2006;

25      NOW, upon application of CARPENTERS SOUTHWEST

26 ADMINISTRATIVE CORPORATION, and FLOYD CLAY, ("PLAINTIFFS"),

27 and upon declaration that DEFENDANT has failed to pay the total amount of said

28 judgment; and that DEFENDANT is indebted to PLAINTIFFS.

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
2   against DEFENDANT, be renewed in the amount of $728,613.38 which is broken
3   down as follows:

4   a.   Principal ................................................................................. $ 285,520.27
5   b.   Credit received ........................................................................ $ 0.00
6   c.   Judgment interest .................................................................. $ 151,754.24
7   d.   Attorney Fees ......................................................................... $ 12,345.49
8   e.   Costs ........................................................................................ $ 0.00
9   Subtotal (Judgment as entered) ........................................................... $ 449,620.00
10  f.   Less credits after judgment ................................................... $ 0.00
11  g.   Interest after judgment computed from May 10, 2006
12       through April 14, 2016 at 4.98% ($95.00 per day) .... $ 278,993.38
13  h.   Costs after judgment ............................................................ $ 0.00
14  Subtotal (Judgment as renewed) ........................................................ $ 728,613.38
15  GRAND TOTAL ................................................................................. $ 728,613.38

17  DATED: April 25, 2016                                    _____ Deputy Clerk
                                                              CLERK
18                                                            UNITED STATES DISTRICT COURT

19
    Presented by:
20
    DeCARLO & SHANLEY,
21  A Professional Corporation

22  BY: _____
23      JODI SIEGNER
    Attorneys For Judgment Creditors,
24  Carpenters Southwest Administrative
    Corporation, and Floyd Clay

**PROOF OF SERVICE (By Mail)**
(Carpenters v. Egon E. Hovenier, etc.,)
(USDC Case No. CV SACV06-0025 DDP(RNBx))

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On April 14, 2016, I served a copy of the foregoing document, described as: **[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT,**

**on defendants, addressed as follows:**

> Egon E. Hovenier, aka
> Egon Eberhand Hovenier, an indidivual,
> dba Egon E. Hovenier Construction
> (address redacted)
> Placentia, CA 92870-173031

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[x]  (BY DEPOSIT FOR COLLECTION) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on April 14, 2016 at Los Angeles, California.

[x]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Esta Hamilton*
Esta Hamilton