1   CASEY JENSEN, Bar No. 263593
    Email: cjensen@shanleyapc.com
2   STEPHEN ZELLER, Bar No. 265664
    Email: szeller@shanleyapc.com members of
3   SHANLEY, a Professional Corporation
    533 S. Fremont Avenue, Ninth Floor
4   Los Angeles, California  90071-1706
    Telephone:  (213) 488-4100
5   Telecopier: (213) 488-4180

6   Attorneys for Judgment Creditors, Carpenters Southwest
    Administrative Corporation, and Floyd Clay

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11

12  CARPENTERS SOUTHWEST          )   CASE NO. SACV 06-00025
    ADMINISTRATIVE CORPORATION,   )        DDP(RNBx)
13  a California non-profit corporation; and )
    FLOYD CLAY, etc.,             )
14                                )
                  Plaintiffs,     )
15                                )   RENEWAL OF JUDGMENT
    v.                            )        BY CLERK
16                                )
    EGON E. HOVENIER, also known as )
17  EGON EBERHARD HOVENIER, an    )
    individual, doing business as EGON E. )
18  HOVENIER CONSTRUCTION, and    )
    DOES 1 through 10, inclusive, )
19                                )
                  Defendant.      )
20  _____)

21       The judgment debtor, EGON E. HOVENIER, also known as EGON

22  EBERHARD HOVENIER, an individual, doing business as EGON E.

23  HOVENIER CONSTRUCTION, ("DEFENDANT") having judgment entered

24  against him on May 10, 2006 and renewed on April 25, 2016;

25       NOW, upon application of CARPENTERS SOUTHWEST

26  ADMINISTRATIVE CORPORATION, and FLOYD CLAY, ("PLAINTIFFS"),

27  and upon declaration that DEFENDANT has failed to pay the total amount of said

28  judgment; and that DEFENDANT is indebted to PLAINTIFFS.

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment

2 against DEFENDANT, be renewed in the amount of $764,684.60 which is broken

3 down as follows:

4         a.    Principal ........................................................ $    285,520.27

5         b.    Credit received .............................................. $         0.00

6         c.    Judgment interest .......................................... $    151,754.24

7         d.    Attorney Fees ............................................... $     12,345.49

8         e.    Costs ............................................................ $         0.00

9 Subtotal (Judgment as entered) ....................................... $    449,620.00

10        f.    Less credits after judgment .......................... $         0.00

11        g.    Interest after judgment computed from May 10, 2006

12              through April 14, 2016 at 4.98% ($95.00 per day) .... $    278,993.38

13        h.    Costs after judgment ..................................... $         0.00

14 Subtotal (Judgment as renewed) ...................................... $    728,613.38

15        i.    Less credits after renewal of judgment........................ $         0.00

16        j.    Interest after judgment computed from April 25, 2016

17              through April 15, 2025 at 0.54% ($11.25 per day) ...... $     36,071.22

18 GRAND TOTAL ............................................................. $    764,684.60

19

20

21

DATED:    April 29, 2025

22                                    _____
                                      Deputy Clerk
23                                    United States District Court

24 Presented by:

   SHANLEY,
25 A Professional Corporation

26
   BY:   /s/ Casey Jensen
27       CASEY JENSEN
   Attorneys For Judgment Creditors,
28 Carpenters Southwest Administrative
   Corporation, and Floyd Clay